IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20631
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AGBOLADE ADBOLAHAW ONAYEMI,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-595-1
--------------------
February 21, 2002

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

Appointed counsel for Agbolade Adbolahaw Onayemi has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Onayemi has responded to the motion, stating that he does not challenge the argument that his appeal is frivolous but that he believes he has a valid ineffective-assistance claim. As he acknowledges, however, this court will not review such a claim on direct appeal. See United States v. Gibson, 55 F.3d 173, 179 (5th Cir. 1995); United States v. Higdon, 832 F.2d 312, 314 (5th Cir. 1987).

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal.  Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED.  5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.